```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 10119
   DAVID L HERRING
   ALLISON L HERRING                      CHAPTER 13

                                          JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-9880    SSN XXX-XX-8232
```

---
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 06/05/07 and confirmed on 10/03/07.

   2.  The case was dismissed after confirmation, 06/06/2008.

   3.  The Debtor paid a total of $   3196.09 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC RESCAP LLC | CURRENT MORTG | .00 | .00 | .00 |
| GMAC RESCAP LLC | MORTGAGE ARRE | .00 | .00 | .00 |
| FOX 1 FINANCIAL | SECURED | .00 | .00 | .00 |
| FOX 1 FINANCIAL | MORTGAGE ARRE | 4617.64 | .00 | .00 |
| WILL COUNTY TREASURER | SECURED | .00 | .00 | .00 |
| ALLIANCE ONE | UNSECURED | NOT FILED | .00 | .00 |
| ANDERSON FIN NETWORK | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 192.49 | .00 | .00 |
| CHECK RITE | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | 967.89 | .00 | .00 |
| COLLECTION PROFESSIONALS | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS COLLECTION BUR | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 221.72 | .00 | .00 |
| FRIEDMAN & WEXLER | UNSECURED | NOT FILED | .00 | .00 |
| GC SERVICES DATA CONTROL | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2233.08 | .00 | .00 |
| GLOBAL PAYMENTS | UNSECURED | NOT FILED | .00 | .00 |
| IC SYSTEM | UNSECURED | 523.31 | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| J&J COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAS RECOVERY NETWOR | UNSECURED | NOT FILED | .00 | .00 |
| RECOVERY SOLUTIONS | UNSECURED | NOT FILED | .00 | .00 |
| MCC | UNSECURED | 2391.74 | .00 | .00 |
| NCO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 543.99 | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |

```
CREDITORS ALLIANCE INC    UNSECURED       NOT FILED              .00          .00
PARK DANSAN               UNSECURED       NOT FILED              .00          .00
PRESIDIO                  UNSECURED       NOT FILED              .00          .00
BECKET & LEE LLP          UNSECURED        15651.16              .00          .00
UNIVERSITY OF PHOENIX     UNSECURED       NOT FILED              .00          .00
US DEPARTMENT OF EDUCATI  UNSECURED         6021.71              .00          .00
US DEPT OF EDUCATION      UNSECURED       NOT FILED              .00          .00
CYBRCOLLECT               UNSECURED       NOT FILED              .00          .00
COLLECTION PROFESSIONALS  UNSECURED          489.17              .00          .00
ECAST SETTLEMENT CORPORA  UNSECURED          369.56              .00          .00
     Summary of disbursements:
-------------------------------------------------------------------------------
                      SECURED      PRIORITY     UNSECURED       OTHER       TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED    4617.64           .00      29605.82         .00    34223.46
PRINCIPAL PAID            .00           .00           .00         .00         .00
INTEREST PAID             .00           .00           .00         .00         .00
TOTAL PAID                .00           .00           .00         .00         .00
```

The Debtor's attorney, JOHN C DENT                , was allowed $  3500.00
and was paid $    350.00  direct and $   3035.59  through the plan.

The Trustee received $    160.50 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 09/10/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE



                                PAGE   2
         CASE NO. 07 B 10119 DAVID L HERRING & ALLISON L HERRING